■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN RODRIGUEZ, Appellant. [24 NYS3d 914]—Appeal by the defendant from an order of the Supreme Court, Kings County (Cyrulnik, J.), dated February 1, 2013, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant's contention that he was improperly assessed points under risk factors 9 and 10 based upon his prior youth-

ful offender adjudication, in violation of CPL 720.35 (2), is unpreserved for appellate review and, in any event, without merit (*see People v Francis*, 137 AD3d 91 [2d Dept 2016]).

The defendant's contention that he was entitled to a downward departure from his presumptive level three risk assessment is unpreserved for appellate review (*see People v Estrella*, 90 AD3d 879 [2011]; *People v Bowles*, 89 AD3d 171 [2011]) and, in any event, without merit (*see People v Gillotti*, 23 NY3d 841 [2014]; *People v Wyatt*, 89 AD3d 112 [2011]).

The defendant was not deprived of the effective assistance of counsel (*see People v Ortiz*, 114 AD3d 740 [2014]; *People v Bowles*, 89 AD3d 171 [2011]). Dillon, J.P., Leventhal, Sgroi and Hinds-Radix, JJ., concur.